**Robin LLOYD, Relator,**

v.

**GRANT COUNTY DAC and MN Assigned Risk Plan/Wausau Ins. Co., Respondents,**

**Grant County Health Center, Intervenor.**

**No. CX–98–672.**

Supreme Court of Minnesota.

July 9, 1998.

DeAnna M. McCashin, Alexandria, for relator.

Thomas V. Maguire, Minneapolis, for respondents.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 16, 1998, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:

/s/ Sandra S. Gardebring
Sandra S. Gardebring
Associate Justice